FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0237

_____

NICK LENIER WILSON,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Nick Lenier Wilson, to all counsel of record, and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2024